Tyson C. Kade
Melinda L. Meade Meyers
VAN NESS FELDMAN, LLP
1050 Thomas Jefferson Street, NW
Seventh Floor
Washington, DC 20007
Tel.: 202.298.1800
Fax: 202.338.2416
Email: tck@vnf.com
mmeademeyers@vnf.com

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTH SLOPE BOROUGH, IÑUPIAT COMMUNITY OF THE ARCTIC SLOPE, and ARCTIC SLOPE REGIONAL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR ROSS, in his official capacity as U.S. SECRETARY OF COMMERCE, and NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants. | Case No. _____ |

## ARCTIC SLOPE REGIONAL CORPORATION'S
## RULE 7.1 DISCLOSURE STATEMENT

*North Slope Borough et al. v. Ross et al.*
Arctic Slope Regional Corporation's Disclosure Statement - 1

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Arctic Slope Regional Corporation, by and through its undersigned attorneys, submits the following Disclosure Statement. Arctic Slope Regional Corporation is a nongovernmental Alaska Native corporation formed pursuant to the Alaska Native Claims Settlement Act. It has no parent corporation, and there is no publicly held corporation owning 10% or more of its stock.

DATED this 24th day of July, 2020.

/s/ Tyson C. Kade
Tyson C. Kade, D.C. Bar # 1018014
*Pro Hac Vice Pending*
Melinda L. Meade Meyers, Alaska Bar # 2006053
*Admission Pending*
**VAN NESS FELDMAN, LLP**

*Counsel for Plaintiffs*

*North Slope Borough et al. v. Ross et al.*
Arctic Slope Regional Corporation's Disclosure Statement - 2