IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| NORTH SLOPE BOROUGH, IÑUPIAT COMMUNITY OF THE ARCTIC SLOPE, and ARCTIC SLOPE REGIONAL CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR ROSS, in his official capacity as U.S. SECRETARY OF COMMERCE, and NATIONAL MARINE FISHERIES SERVICE<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:20-cv-00181-JMK |

**NOTICE OF APPEARANCE**

Please note that Davis A. Backer hereby notifies the Court and opposing counsel of his appearance on behalf of Defendants. Mr. Backer's contact information is as follows:

Mailing Address:

Davis A. Backer
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611

Overnight Delivery / Street Address:

Davis A. Backer
United States Department of Justice
Environment & Natural Resources Division

1

Wildlife & Marine Resources Section
4 Constitution Square
150 M Street NE, Room 3.412
Washington DC 20002


Dated: October 8, 2020

Respectfully submitted,

JEAN E. WILLIAMS
Deputy Assistant Attorney General
SETH M. BARSKY
Section Chief
MEREDITH L. FLAX
Assistant Section Chief

*/s/ Davis A. Backer*
DAVIS A. BACKER
Trial Attorney, CO Bar No. 53502
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 514-5243
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2020, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

>*/s/ Davis A. Backer*
>DAVIS A. BACKER
>Trial Attorney, CO Bar No. 53502
>United States Department of Justice
>Environment & Natural Resources Division
>Wildlife & Marine Resources Section
>Ben Franklin Station
>P.O. Box 7611
>Washington, DC 20044-7611
>Tel: (202) 514-5243
>Fax: (202) 305-0275
>Email: davis.backer@usdoj.gov
>
>*Attorney for Defendants*